**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6456

JOHN CORDERO,

Plaintiff - Appellant,

versus

JOHN MOBLEY, Esquire; STEPHEN L. HUDSON;
HUDSON & MOBLEY, P.C.,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief Dis-
trict Judge. (CA-98-2334-3-17BD)

Submitted: July 17, 2001          Decided: July 30, 2001

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Cordero, Appellant Pro Se. Stephen Larry Hudson, John Mobley,
HUDSON & MOBLEY, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Cordero appeals the district court's order denying relief in his civil diversity action. He also appeals the district court's and magistrate judge's orders denying his motion to recuse. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation to grant summary judgment in favor of Appellees and find no reversible error. Nor do we find any abuse of discretion in the district court's or magistrate judge's denial of the motion to recuse. Accordingly, we affirm on the reasoning of the district court. Cordero v. Mobley, No. CA-98-2334-3-17BD (D.S.C. filed Aug. 12, 1999, and entered Aug. 13, 1999; filed Oct. 8, 1999, and entered Oct. 13, 1999; entered Feb. 28, 2001; entered Mar. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2